opinion. Application denied, with $10 costs. Order signed.

NEW YORK CENT. & H. R. R. CO., Appellant, v. PEOPLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by the New York Central & Hudson River Railroad Company against the People of the State of New York and others. No opinion. Appeal dismissed, unless appellant files and serves brief within 20 days and is ready to argue appeal at the opening of March term.

NEW YORK CITY CAR ADVERTISING CO. v. GREENBERGER. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by the New York City Car Advertising Company against Rosa Greenberger. No opinion. Application denied, with $10 costs. Order signed. See, also, 142 N. Y. Supp. 226; 150 N. Y. Supp. 642.

NICHAUS, Appellant, v. McNULTY, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Charles H. Nichaus against Patrick McNulty.

PER CURIAM. Judgment and order of the City Court of New Rochelle reversed, and a new trial ordered, costs to abide the event. The evidence clearly establishes plaintiff's purchase and original ownership of the horse which is the subject-matter of this controversy. There is no evidence of a gift to defendant, nor of any agreement by which he should retain the horse as security for that sum, if any, which might be due him from plaintiff for services. Defendant testified that he did not know, and did not want to know, whether plaintiff owed him anything or not. In the face of such testimony the verdict of the jury that the horse was given to defendant in return for services rendered is utterly without foundation. The court should have directed a verdict for plaintiff. As it is possible that some further evidence may be introduced respecting the right to possession of the horse, we have concluded to order a new trial.

NICHOLSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Eugenie H. Nichol-son, as administratrix, etc., against the City of New York. No opinion. Motion for reargument (of 150 N. Y. Supp. 1099) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

In re NICKLES' WILL. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) In the matter of the probate of the will of Harriet Nickles, deceased. No opinion. Decree affirmed, with costs.

NICOLELLI v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Michael Nicolelli against Allen L. Friedman. No opinion. Mo-

tion denied, with $10 costs. Order filed. Memorandum for counsel only. See, also, 164 App. Div. 938, 149 N. Y. Supp. 1099.

NILES, Appellant, v. HANNACROIX WATER CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Stephen H. Niles against the Hannacroix Water Company. No opinion. Judgment unanimously affirmed, with costs.

NOA v. LAPPOS et al. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Berthold Noa against George Lappos and another. No opinion. Application denied, with $10 costs, and stay vacated. Order signed.

NOLAN, Appellant, v. BARRETT, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by William E. Nolan against William M. Barrett, president, etc. C. Caldwell, of New York City, for appellant. H. S. Hertwig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NOONAN. (Supreme Court, Appellate Division, First Department. February 19, 1915.) In the matter of Louis T. Noonan. No opinion. Referred to Hon. H. A. Gildersleeve, official referee. Settle order on notice.

NORTHERN BANK OF NEW YORK v. LOWENSTEIN et al. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by the Northern Bank of New York against Moses Lowenstein and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 686.

NOWAK, Respondent, v. DELANEY FORGE & IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Paul Nowak against the Delaney Forge & Iron Company. No opinion. Judgment and order affirmed, with costs. See, also, 159 App. Div. 155, 144 N. Y. Supp. 232.

NUNZ, Respondent, v. GEORGE KELLOGG STRUCTURAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by George Nunz against the George Kellogg Structural Company. No opinion. Appeal dismissed, without costs upon stipulation filed.

NUSSBAUM, Respondent, v. VOGELGE-SANG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Clara E. Nussbaum against Theodore J. Vogelgesang. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of assault.